# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: HUISENGA, PATRICIA A.        § Case No. 10-74044
                                    §
                                    §
                                    §
Debtor(s)                           §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under Chapter 7 of the United States Bankruptcy Code was filed on August 12, 2010. The undersigned trustee was appointed on August 13, 2010.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized the gross receipts of        $        7,947.20

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Payments made under an interim distribution | 0.00 |
   | Administrative expenses | 0.00 |
   | Other payments to creditors | 0.00 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Exemptions paid to the debtor | 0.00 |
   | Other payments to the debtor | 0.00 |
   | Leaving a balance on hand of[1]  $ | 7,947.20 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (10/1/2010)**

6. The deadline for filing non-governmental claims in this case was 12/30/2010 and the deadline for filing governmental claims was 12/30/2010. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,544.72. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,544.72, for a total compensation of $1,544.72.[2] In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.[2]

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 04/21/2011        By:/s/MEGAN G. HEEG
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D)

**UST Form 101-7-TFR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 10-74044
Case Name: HUISENGA, PATRICIA A.

Trustee: (330490)    MEGAN G. HEEG
Filed (f) or Converted (c): 08/12/10 (f)
§341(a) Meeting Date: 09/17/10
Claims Bar Date: 12/30/10

Period Ending: 04/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | Residential real estate located at 504 N. Lime S<br>Orig. Asset Memo: Orig. Description: Residential real estate located at 504 N. Lime Street, Albany, (Debtor owns an undivided one-half interest) Common with, ex-husband, nly*This house was appraised in 2009 for $144,500. It has been, re Ofor sale since late 2007, when the parties divorced. It is, ftwacurrently listed for $125,000. The parties entered into a, Socontract of sale for $125,000, but the sale fell through. The, ormslatest offer received by the Seller's realtor was $100,000, less, - F$3,000 closing cost credit. The house sits on a 70' x 115.5' lot 424]in Albany, IL; Imported from original petition Doc# 1 | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand.<br>Orig. Asset Memo: Orig. Description: Cash on hand.; Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Checking account at US Bank 405 South 3rd Strret Clinton, IA 52732 associations, or credit; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>Orig. Asset Memo: Orig. Description: Savings account at US Bank South 3rd Street IA 52732; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>Orig. Asset Memo: Orig. Description: Normal accumulation of household goods and furnishings; all 8 years of age or older; Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel.<br>Orig. Asset Memo: Orig. Description: Normal wearing apparel.; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in insurance policies. Name insurance<br>Orig. Asset Memo: Orig. Description: Country Life Insurance declining term life insurance - no cash | 0.00 | 0.00 | DA | 0.00 | FA |

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 2

Case Number: 10-74044
Case Name: HUISENGA, PATRICIA A.

Trustee: (330490) MEGAN G. HEEG
Filed (f) or Converted (c): 08/12/10 (f)
§341(a) Meeting Date: 09/17/10
Claims Bar Date: 12/30/10

Period Ending: 04/21/11

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| | surrender value itemize surrender or refund value of each.; Imported from original petition Doc# 1 | | | | | |
| 8 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Frontier Hospitality Group 401(k) (has $980 loan against); Imported from original petition Doc# 1 | 11,956.98 | 0.00 | DA | 0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Hartford Mutual Funds IRA; Imported from original petition Doc# 1 | 798.81 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Pioneer IRA Desc Main; Imported from original petition Doc# 1 | 1,435.72 | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: Franklin Templeton Corefolio Fund; Imported from original petition Doc# 1 | 628.61 | 0.00 | DA | 0.00 | FA |
| 12 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: Prudential Life Insurance stocks and shares; Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 1997 Chevrolet Lumina LS V-6, 168,000 miles PS, PW, PB, PL, Casssette; Imported from original petition Doc# 1 | 478.00 | 0.00 | DA | 0.00 | FA |
| 14 | Marital Settlement (u)<br>Debt Debtor's ex-husband owes out of sale of Asset 1 | 0.00 | 7,946.86 | | 7,946.86 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 0.34 | FA |
| 15 | Assets     Totals (Excluding unknown values) | $68,198.12 | $7,946.86 | | $7,947.20 | $0.00 |

Major Activities Affecting Case Closing:

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

| Case Number: 10-74044 | Trustee: (330490) MEGAN G. HEEG |
| Case Name: HUISENGA, PATRICIA A. | Filed (f) or Converted (c): 08/12/10 (f) |
| | §341(a) Meeting Date: 09/17/10 |
| Period Ending: 04/21/11 | Claims Bar Date: 12/30/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled And Unscheduled (u) Property) Ref. # | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR):    March 30, 2011        Current Projected Date Of Final Report (TFR):    April 21, 2011  (Actual)

# Form 2
## Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 10-74044 | | Trustee: | MEGAN G. HEEG (330490) |
|---|---|---|---|---|
| Case Name: | HUISENGA, PATRICIA A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******99-65 - Money Market Account |
| Taxpayer ID #: | **-***0898 | | Blanket Bond: | $1,500,000.00 (per case limit) |
| Period Ending: | 04/21/11 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/10 | {14} | Northwestern Title | Marital settlement | 1210-000 | 7,946.86 | | 7,946.86 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,946.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,946.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.04 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.16 |
| 04/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0000% | 1270-000 | 0.04 | | 7,947.20 |
| 04/21/11 | | To Account #9200******9966 | prepare final report | 9999-000 | | 7,947.20 | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 7,947.20 | 7,947.20 | $0.00 |
| Less: Bank Transfers | | 0.00 | 7,947.20 | |
| Subtotal | | 7,947.20 | 0.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $7,947.20 | $0.00 | |

{} Asset reference(s)

Printed: 04/21/2011 01:56 PM    V.12.56

# Form 2
## Cash Receipts And Disbursements Record

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.  

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A  

**Taxpayer ID #:** **-***0898  
**Period Ending:** 04/21/11  

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 | | From Account #9200******9965 | prepare final report | 9999-000 | 7,947.20 | | 7,947.20 |
| | | | ACCOUNT TOTALS | | 7,947.20 | 0.00 | $7,947.20 |
| | | | Less: Bank Transfers | | 7,947.20 | 0.00 | |
| | | | Subtotal | | 0.00 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $0.00 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # 9200-******99-65 | 7,947.20 | 0.00 | 0.00 |
| Checking # 9200-******99-66 | 0.00 | 0.00 | 7,947.20 |
| | $7,947.20 | $0.00 | $7,947.20 |

{} Asset reference(s)

Printed: 04/21/2011 01:56 PM    V.12.56

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 10-74044
Case Name: HUISENGA, PATRICIA A.
Trustee Name: MEGAN G. HEEG

**Balance on hand:** $ 7,947.20

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None | | | | | |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,947.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,544.72 | 0.00 | 1,544.72 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 790.00 | 0.00 | 790.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 25.75 | 0.00 | 25.75 |

Total to be paid for chapter 7 administration expenses: $ 2,360.47
Remaining balance: $ 5,586.73

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

Total to be paid for prior chapter administrative expenses: $ 0.00
Remaining balance: $ 5,586.73

UST Form 101-7-TFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| | None | | | |

Total to be paid for priority claims: $ 0.00
Remaining balance: $ 5,586.73

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,906.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medical Assoc. of Clinton | 486.92 | 0.00 | 486.92 |
| 2 | U.S. Bank N.A. | 1,419.48 | 0.00 | 1,419.48 |

Total to be paid for timely general unsecured claims: $ 1,906.40
Remaining balance: $ 3,680.33

Tardily filed claims of general (unsecured) creditors totaling $ 12,851.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 28.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Jo-Carroll Energy Inc NFP | 17.41 | 0.00 | 5.00 |
| 4 | CACH, LLC | 7,218.35 | 0.00 | 2,067.14 |
| 5 | WELLS FARGO | 5,615.73 | 0.00 | 1,608.19 |

Total to be paid for tardy general unsecured claims: $ 3,680.33
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

UST Form 101-7-TFR (10/1/2010)