UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
ROCKFORD DIVISION

In re: HUISENGA, PATRICIA A.   § Case No. 10-74044
§
§
Debtor(s)   §

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that MEGAN G. HEEG, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
211 South Court Street
Rockford, IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 09:30 on 06/06/2011 in Courtroom 115, United States Courthouse,
211 South Court Street
Rockford, IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Dated: 04/21/2011   By: /s/MEGAN G. HEEG
                          Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

UST Form 101-7-NFR (10/1/2010)

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## ROCKFORD DIVISION

In re: HUISENGA, PATRICIA A. § Case No. 10-74044
§
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

|  |  |
|---|---|
| *The Final Report shows receipts of* | $ 7,947.20 |
| *and approved disbursements of* | $ 0.00 |
| *leaving a balance on hand of* [1] | $ 7,947.20 |
| **Balance on hand:** | $ 7,947.20 |

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|---|
| None |  |  |  |  |  |

Total to be paid to secured creditors: $ 0.00
Remaining balance: $ 7,947.20

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee, Fees - MEGAN G. HEEG | 1,544.72 | 0.00 | 1,544.72 |
| Attorney for Trustee, Fees - Ehrmann Gehlbach Badger & Lee | 790.00 | 0.00 | 790.00 |
| Attorney for Trustee, Expenses - Ehrmann Gehlbach Badger & Lee | 25.75 | 0.00 | 25.75 |

Total to be paid for chapter 7 administration expenses: $ 2,360.47
Remaining balance: $ 5,586.73

---

1 The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| None | | | |

|  |  |  |
|---|---|---|
| Total to be paid for prior chapter administrative expenses: | $ | 0.00 |
| Remaining balance: | $ | 5,586.73 |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

|  |  |  |
|---|---|---|
| Total to be paid for priority claims: | $ | 0.00 |
| Remaining balance: | $ | 5,586.73 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 1,906.40 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 100.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Medical Assoc. of Clinton | 486.92 | 0.00 | 486.92 |
| 2 | U.S. Bank N.A. | 1,419.48 | 0.00 | 1,419.48 |

|  |  |  |
|---|---|---|
| Total to be paid for timely general unsecured claims: | $ | 1,906.40 |
| Remaining balance: | $ | 3,680.33 |

**UST Form 101-7-NFR (10/1/2010)**

Tardily filed claims of general (unsecured) creditors totaling $ 12,851.49 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 28.6 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 3 | Jo-Carroll Energy Inc NFP | 17.41 | 0.00 | 5.00 |
| 4 | CACH, LLC | 7,218.35 | 0.00 | 2,067.14 |
| 5 | WELLS FARGO | 5,615.73 | 0.00 | 1,608.19 |

Total to be paid for tardy general unsecured claims: $ 3,680.33
Remaining balance: $ 0.00

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim No | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| None | | | | |

Total to be paid for subordinated claims: $ 0.00
Remaining balance: $ 0.00

Prepared By: /s/MEGAN G. HEEG
Trustee

MEGAN G. HEEG

P.O. Box 447
Dixon, IL 61021
(815) 288-4949

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                             United States Bankruptcy Court
                              Northern District of Illinois
In re:                                                                  Case No. 10-74044-MB
Patricia A. Huisenga                                                    Chapter 7
          Debtor
                                    CERTIFICATE OF NOTICE
District/off: 0752-3          User: cshabez              Page 1 of 2                  Date Rcvd: May 03, 2011
                              Form ID: pdf006            Total Noticed: 31


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 05, 2011.
db           +Patricia A. Huisenga,    504 N. Lime Street,    Albany, IL 61230-9647
aty          +Lon M. Richey,    Nelson Kilgus Richey & Huffman,    PO Box 111,    209 E. Main Street,
               Morrison, IL 61270-2850
15984333     +Attorney John C. Bonewicz,    8001 N. Lincoln Avenue, Suite 402,    Skokie, IL 60077-3657
15984334     +Bank Of America,    PO Box 17054,    Wilmington, DE 19850-7054
16663671     +CACH, LLC,    4340 S. MONACO ST.,    2ND FLOOR,    DENVER, CO 80237-3408
15984335     +Client Services, Inc.,    3451 Harry Truman Blvd,    St. Charles, MO 63301-9816
15984336     +Clinton Back And Neck Care,    242 N. Bluff Blvd, Suite 201,    Clinton, IA 52732-7119
15984337     +Diversified Collection Services, Inc.,    333 North Canyons Parkway, Suite 100,
               Livermore, CA 94551-9480
15984338     +FIA Card Services,    ATTN: Bankruptcy,    PO Box 182686,    Columbus, OH 43218-2686
15984339      First Collection Services,    10925 Otter Creek E Blvd,    Mabelvale, AZ 72103-1661
15984342     +GC Services,    6330 Gulfton,    Houston, TX 77081-1198
15984341      Gateway Medical Imaging, PC,    PO Box 2660,    Waterloo, IA 50704-2660
15984331     +Huisenga Patricia A,    504 N Lime Street,    Albany, IL 61230-9647
15984343     +Jo-Carroll Energy Inc NFP,    PO Box 390,    793 US Route 20 West,    Elizabeth, IL 61028-9304
15984344     +LTD Financial Services, L.P.,    7322 Southwest Freeway, Suite 1600,    Houston, TX 77074-2053
16255393     +Medical Assoc. of Clinton,    c/o Quad Corporation,    2322 E Kimberly Rd   Ste 215W,
               Davenport, IA 52807-7207
15984346     +NCO Financial Systems, Inc.,    PO Box 15630, Dept. 27,    Wilmington, DE 19850-5630
15984332     +Nelson Kilgus Richey,    Huffman & Buckwalter-Schurman,    209 E Main St  PO Box 111,
               Morrison, IL 61270-0111
15984347      Quad Corporation,    P.O. Box 2020,    Davenport, IA 52809-2020
15991009      Ryan Huisenga,    Tampico IL 61283
15984348     +Sterling Federal Bank,    110 E. 4th Street,    Sterling, IL 61081-3671
15984349     +The Home Depot/CitiBank South Dakota,    ATTN: Centralized Bankruptcy,    PO Box 20363,
               Kansas City, MO 64195-0363
16550627    ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
              (address filed with court:   U.S. Bank N.A.,    P.O. Box 5229,    Cincinnati, OH 45201)
15984350     +US Bank Hogan LOC,    PO Box 5227,    Cincinnati, OH 45201-5227
15984351     +Village Of Albany,    PO Box 356,    102 S. Main Street,    Albany, IL 61230-7707
16738555     +WELLS FARGO,    P.O. BOX 7648,    BOISE, ID 83707-1648
15984352     +Wells Fargo Auto Finance,    Asset Recovery Group,    1460 Northwest Vivion Road,
               Kansas City, MO 64118-4555
15984353     +Wells Fargo Financial,    PO Box 7648,    Boise, ID 83707-1648

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
tr           +E-mail/Text: KATHY@EGBBL.COM May 03 2011 23:34:28     Megan G Heeg,
               Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,    Dixon, IL 61021-0447
15984340     +E-mail/Text: BANKRUPTCYNOTIFICATION@FRONTIERCORP.COM May 03 2011 23:34:31     Frontier,
               19 John Street,    Middletown, NY 10940-4956
15984345     +E-mail/Text: teverson@maclinton.com May 03 2011 23:33:41     Medical Associates,
               915 13th Avenue North,    Clinton, IA 52732-5099
                                                                                              TOTAL: 3

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
15991010      Steven Huisenga
aty*         +Megan G Heeg,    Ehrmann Gehlbach Badger & Lee,    Pob 447- 215 E First St, Ste 100,
               Dixon, IL 61021-0447
                                                                                   TOTALS: 1, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

```
District/off: 0752-3           User: cshabez            Page 2 of 2              Date Rcvd: May 03, 2011
                               Form ID: pdf006          Total Noticed: 31

              ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 05, 2011**            **Signature:**    _Joseph Speetjens_