# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# ROCKFORD DIVISION

In re: HUISENGA, PATRICIA A. § Case No. 10-74044
§
§
Debtor(s) §

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

MEGAN G. HEEG, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $68,198.12            Assets Exempt: $33,198.12
*(without deducting any secured claims)*

Total Distribution to Claimants: $5,586.73    Claims Discharged
                                              Without Payment: $31,105.90

Total Expenses of Administration: $2,360.47

3) Total gross receipts of $ 7,947.20 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $7,947.20 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | **CLAIMS SCHEDULED** | **CLAIMS ASSERTED** | **CLAIMS ALLOWED** | **CLAIMS PAID** |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $38,500.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: |  |  |  |  |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,360.47 | 2,360.47 | 2,360.47 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 552.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 36,444.79 | 14,757.89 | 14,757.89 | 5,586.73 |
| **TOTAL DISBURSEMENTS** | $75,496.79 | $17,118.36 | $17,118.36 | $7,947.20 |

    4) This case was originally filed under Chapter 7 on August 12, 2010. The case was pending for 13 months.

    5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 09/06/2011          By: /s/MEGAN G. HEEG
                                          Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| Marital Settlement | 1210-000 | 7,946.86 |
| Interest Income | 1270-000 | 0.34 |
| **TOTAL GROSS RECEIPTS** | | **$7,947.20** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | None | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Sterling Federal Bank | 4110-000 | 38,500.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$38,500.00** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| MEGAN G. HEEG | 2100-000 | N/A | 1,544.72 | 1,544.72 | 1,544.72 |
| Ehrmann Gehlbach Badger & Lee | 3110-000 | N/A | 790.00 | 790.00 | 790.00 |
| Ehrmann Gehlbach Badger & Lee | 3120-000 | N/A | 25.75 | 25.75 | 25.75 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,360.47 | 2,360.47 | 2,360.47 |

**UST Form 101-7-TDR (10/1/2010)**

## EXHIBIT 5 −PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | None | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 −PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | Diversified Collection Services, Inc. | 5200-000 | 552.00 | N/A | N/A | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | 552.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 −GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Medical Assoc. of Clinton | 7100-000 | 479.34 | 486.92 | 486.92 | 486.92 |
| 2 | U.S. Bank N.A. | 7100-000 | 1,455.00 | 1,419.48 | 1,419.48 | 1,419.48 |
| 3 | Jo-Carroll Energy Inc NFP | 7200-000 | 235.79 | 17.41 | 17.41 | 5.00 |
| 4 | CACH, LLC | 7200-000 | 7,218.35 | 7,218.35 | 7,218.35 | 2,067.14 |
| 5 | WELLS FARGO | 7200-000 | 5,673.57 | 5,615.73 | 5,615.73 | 1,608.19 |
| NOTFILED | LTD Financial Services, L.P. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | GC Services | 7100-000 | 267.07 | N/A | N/A | 0.00 |
| NOTFILED | NCO Financial Systems, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | The Home Depot/CitiBank South Dakota | 7100-000 | 5,002.00 | N/A | N/A | 0.00 |
| NOTFILED | Quad Corporation | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Gateway Medical Imaging, PC | 7100-000 | 31.50 | N/A | N/A | 0.00 |
| NOTFILED | Village Of Albany | 7100-000 | 250.75 | N/A | N/A | 0.00 |
| NOTFILED | Wells Fargo Auto Finance Asset Recovery Group | 7100-000 | unknown | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 6,258.73 | N/A | N/A | 0.00 |
| NOTFILED | Frontier | 7100-000 | 312.34 | N/A | N/A | 0.00 |
| NOTFILED | Diversified Collection Services, Inc. | 7100-000 | unknown | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (10/1/2010)**

| NOTFILED | First Collection Services | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Bank Of America | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Client Services, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| NOTFILED | Clinton Back And Neck Care | 7100-000 | 2,066.35 | N/A | N/A | 0.00 |
| NOTFILED | FIA Card Services | 7100-000 | 7,194.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | 36,444.79 | 14,757.89 | 14,757.89 | 5,586.73 |

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/12/10 (f)  
**§341(a) Meeting Date:** 09/17/10  
**Claims Bar Date:** 12/30/10

**Period Ending:** 09/06/11

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1 | Residential real estate located at 504 N. Lime S<br>   Orig. Asset Memo: Orig. Description: Residential real estate located at 504 N. Lime Street, Albany, (Debtor owns an undivided one-half interest) Common with, ex-husband, nly*This house was appraised in 2009 for $144,500. It has been, re Ofor sale since late 2007, when the parties divorced. It is, ftwacurrently listed for $125,000. The parties entered into a, Socontract of sale for $125,000, but the sale fell through. The, ormslatest offer received by the Seller's realtor was $100,000, less, - F$3,000 closing cost credit. The house sits on a 70' x 115.5' lot 424]in Albany, IL; Imported from original petition Doc# 1 | 50,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Cash on hand.<br>   Orig. Asset Memo: Orig. Description: Cash on hand.; Imported from original petition Doc# 1 | 50.00 | 0.00 | DA | 0.00 | FA |
| 3 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Checking account at US Bank 405 South 3rd Strret Clinton, IA 52732 associations, or credit; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking, savings or other financial accounts, c<br>   Orig. Asset Memo: Orig. Description: Savings account at US Bank South 3rd Street IA 52732; Imported from original petition Doc# 1 | 200.00 | 0.00 | DA | 0.00 | FA |
| 5 | Household goods and furnishings, including audio<br>   Orig. Asset Memo: Orig. Description: Normal accumulation of household goods and furnishings; all 8 years of age or older; Imported from original petition Doc# 1 | 750.00 | 0.00 | DA | 0.00 | FA |
| 6 | Wearing apparel.<br>   Orig. Asset Memo: Orig. Description: Normal wearing apparel.; Imported from original petition Doc# 1 | 500.00 | 0.00 | DA | 0.00 | FA |
| 7 | Interests in insurance policies.  Name insurance<br>   Orig. Asset Memo: Orig. Description: Country Life | 0.00 | 0.00 | DA | 0.00 | FA |

Page: 2

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/12/10 (f)  
**§341(a) Meeting Date:** 09/17/10

**Period Ending:** 09/06/11  
**Claims Bar Date:** 12/30/10

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
|  | Insurance declining term life insurance - no cash surrender value itemize surrender or refund value of each.; Imported from original petition Doc# 1 |  |  |  |  |  |
| 8 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Frontier Hospitality Group 401(k) (has $980 loan against); Imported from original petition Doc# 1 | 11,956.98 | 0.00 | DA | 0.00 | FA |
| 9 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Hartford Mutual Funds IRA; Imported from original petition Doc# 1 | 798.81 | 0.00 | DA | 0.00 | FA |
| 10 | Interests in IRA, ERISA, Keogh, or other pension<br>Orig. Asset Memo: Orig. Description: Pioneer IRA Desc Main; Imported from original petition Doc# 1 | 1,435.72 | 0.00 | DA | 0.00 | FA |
| 11 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: Franklin Templeton Corefolio Fund; Imported from original petition Doc# 1 | 628.61 | 0.00 | DA | 0.00 | FA |
| 12 | Stock and interests in incorporated and unincorp<br>Orig. Asset Memo: Orig. Description: Prudential Life Insurance stocks and shares; Imported from original petition Doc# 1 | 1,200.00 | 0.00 | DA | 0.00 | FA |
| 13 | Automobiles, trucks, trailers and other vehicles<br>Orig. Asset Memo: Orig. Description: 1997 Chevrolet Lumina LS V-6, 168,000 miles PS, PW, PB, PL, Casssette; Imported from original petition Doc# 1 | 478.00 | 0.00 | DA | 0.00 | FA |
| 14 | Marital Settlement  (u)<br>Debt Debtor's ex-husband owes out of sale of Asset 1 | 0.00 | 7,946.86 |  | 7,946.86 | FA |
| Int | INTEREST  (u) | Unknown | N/A |  | 0.34 | FA |
| 15 | **Assets    Totals** (Excluding unknown values) | **$68,198.12** | **$7,946.86** |  | **$7,947.20** | **$0.00** |

**Major Activities Affecting Case Closing:**

Exhibit 8

# Form 1

Page: 3

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.  

**Trustee:** (330490) MEGAN G. HEEG  
**Filed (f) or Converted (c):** 08/12/10 (f)  
**§341(a) Meeting Date:** 09/17/10  

**Period Ending:** 09/06/11  
**Claims Bar Date:** 12/30/10  

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** March 30, 2011　　**Current Projected Date Of Final Report (TFR):** April 21, 2011 (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.  

**Taxpayer ID #:** **-***0898  
**Period Ending:** 09/06/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-******99-65 - Money Market Account  
**Blanket Bond:** $1,500,000.00  (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/01/10 | {14} | Northwestern Title | Marital settlement | 1210-000 | 7,946.86 | | 7,946.86 |
| 11/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,946.92 |
| 12/31/10 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,946.98 |
| 01/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.04 |
| 02/28/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.10 |
| 03/31/11 | Int | The Bank of New York Mellon | Interest posting at 0.0100% | 1270-000 | 0.06 | | 7,947.16 |
| 04/21/11 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0100% | 1270-000 | 0.04 | | 7,947.20 |
| 04/21/11 | | To Account #9200******9966 | prepare final report | 9999-000 | | 7,947.20 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,947.20 | 7,947.20 | $0.00 |
| | | | Less: Bank Transfers | | 0.00 | 7,947.20 | |
| | | | **Subtotal** | | 7,947.20 | 0.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$7,947.20** | **$0.00** | |

{} Asset reference(s)

Printed: 09/06/2011 03:39 PM     V.12.57

# FORM 2
## Cash Receipts And Disbursements Record

Page: 2

**Case Number:** 10-74044  
**Case Name:** HUISENGA, PATRICIA A.  
**Taxpayer ID #:** \*\*-\*\*\*0898  
**Period Ending:** 09/06/11

**Trustee:** MEGAN G. HEEG (330490)  
**Bank Name:** The Bank of New York Mellon  
**Account:** 9200-\*\*\*\*\*\*99-66 - Checking Account  
**Blanket Bond:** $1,500,000.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/21/11 | | From Account #9200\*\*\*\*\*\*9965 | prepare final report | 9999-000 | 7,947.20 | | 7,947.20 |
| 06/21/11 | 101 | MEGAN G. HEEG | Dividend paid 100.00% on $1,544.72, Trustee Compensation; Reference: | 2100-000 | | 1,544.72 | 6,402.48 |
| 06/21/11 | 102 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $790.00, Attorney for Trustee Fees (Trustee Firm); Reference: | 3110-000 | | 790.00 | 5,612.48 |
| 06/21/11 | 103 | Ehrmann Gehlbach Badger & Lee | Dividend paid 100.00% on $25.75, Attorney for Trustee Expenses (Trustee Firm); Reference: | 3120-000 | | 25.75 | 5,586.73 |
| 06/21/11 | 104 | Medical Assoc. of Clinton | Dividend paid 100.00% on $486.92; Claim# 1; Filed: $486.92; Reference: XXXXXX6920 | 7100-000 | | 486.92 | 5,099.81 |
| 06/21/11 | 105 | U.S. Bank N.A. | Dividend paid 100.00% on $1,419.48; Claim# 2; Filed: $1,419.48; Reference: XXXXXX1502 | 7100-000 | | 1,419.48 | 3,680.33 |
| 06/21/11 | 106 | Jo-Carroll Energy Inc NFP | Dividend paid 28.63% on $17.41; Claim# 3; Filed: $17.41; Reference: XXXXXX5801 | 7200-000 | | 5.00 | 3,675.33 |
| 06/21/11 | 107 | CACH, LLC | Dividend paid 28.63% on $7,218.35; Claim# 4; Filed: $7,218.35; Reference: XXXXXX4750 | 7200-000 | | 2,067.14 | 1,608.19 |
| 06/21/11 | 108 | WELLS FARGO | Dividend paid 28.63% on $5,615.73; Claim# 5; Filed: $5,615.73; Reference: XXXXXX9001 | 7200-000 | | 1,608.19 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 7,947.20 | 7,947.20 | $0.00 |
| | | | Less: Bank Transfers | | 7,947.20 | 0.00 | |
| | | | **Subtotal** | | 0.00 | 7,947.20 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | $0.00 | $7,947.20 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| **MMA # 9200-\*\*\*\*\*\*99-65** | 7,947.20 | 0.00 | 0.00 |
| **Checking # 9200-\*\*\*\*\*\*99-66** | 0.00 | 7,947.20 | 0.00 |
| | $7,947.20 | $7,947.20 | $0.00 |

{} Asset reference(s)

Printed: 09/06/2011 03:39 PM V.12.57